## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAUNZELLE LEWIS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL NUTTER, MAYOR;** | : | |
| **LOUIS GIORLA, COMMISSIONER; and** | : | |
| **MICHELE FARRELL, WARDEN.** | : | **NO. 16-0528** |

## ORDER

    **AND NOW**, this 29th day of November, 2016, upon consideration of Plaintiff's complaint (Doc. No. 1) and Defendants' motion to dismiss (Doc. No. 7), and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED:**

1.     Defendants' motion to dismiss is **DENIED.**

 

**BY THE COURT:**

_____

**MITCHELL S. GOLDBERG**
**United States District Judge**